UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHAQUANA WASHINGTON and
ROBERT ADAMS,

                          Plaintiffs,                  **22-CV-7482 (VF)**

              -against-                 **ORDER SCHEDULING**
                                                                              **SETTLEMENT CONFERENCE**

PEDRO RIVAS-RAMOS,

                          Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Monday, January 23, 2023 at 2:00 p.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.  **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information**.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Figueredo's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **January 16, 2023.**

      **SO ORDERED.**

DATED:    New York, New York
                November 17, 2022

                                                                           VALERIE FIGUEREDO
                                                                           United States Magistrate Judge