

Alan M. Greenberg, Esq.
*Admitted NY*

Raquel J. Greenberg, Esq.
*Admitted NY*

Robert J. Menna, Esq.
*Admitted NY & CT*

Joseph P. DePaola, Esq.
*Admitted NY & CT*

Matthew E. Greenberg, Esq.
*Admitted NY & NJ*

January 18, 2023

SO ORDERED

VALERIE FIGUEREDO
United States Magistrate Judge
Dated: 1-19-2023

The settlement conference scheduled for January 23, 2023 is cancelled.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Hon. VALERIE FIGUEREDO
500 Pearl St., Courtroom 17A
New York, NY 10007-1312
FigueredoNYSDChambers@nysd.uscourts.gov

Re:     Washington and Adams v. Rivas-Ramos
        1:22-CV-7482
        Settlement Conference January 23, 2023 at 2:00 pm

Dear Magistrate Figueredo,

The parties have consulted and are requesting an adjournment on consent of the upcoming settlement conference scheduled for January 23, 2023. This is the first request made by the parties.

Plaintiff Shaquana Washington is scheduled for surgery on January 26, 2023 and the parties feel that her claim is not ripe for settlement. Further, the parties exchanged a settlement demand and offer on the claim of Robert Adams and do not believe a settlement can be reached at this time. Defendant would prefer to engage in further discovery.

Based upon the upcoming surgery, the parties will also be requesting an extension of the discovery deadlines which will be requested in a separate letter. The parties are agreeable to reschedule the settlement conference with a date in May or June 2023.

Respectfully Submitted,

Robert J. Menna, Esq.

1

CC:

Michael K. Gertzer, Esq.
LAW OFFICES OF JENNIFER S. ADAMS
Attorney for Defendant
Pedro Rivas-Ramos
One Executive Boulevard, Suite 280
Yonkers, NY 10701
(914) 233-1880
Michael_K_Gertzer@Progressive.com
File No.: 218074749-001