UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHAQUANA WASHINGTON and
ROBERT ADAMS,

                       Plaintiffs,                      **22-CV-7482 (VF)**

          -against-                               **ORDER**

PEDRO RIVAS-RAMOS,

                      Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On October 17, 2023, the parties filed two joint Stipulations of Voluntary Dismissal, one as to Plaintiff Shaquana Washington, and another as to Plaintiff Robert Adams. ECF No. 26. These filings were deficient, as each stipulation must be filed separately.

The parties are directed to refile both joint stipulations as separate docket entries on or before **Thursday, October 31, 2024**.

      SO ORDERED.

DATED:    New York, New York
               October 17, 2024

                                                           VALERIE FIGUEREDO
                                                           United States Magistrate Judge